**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7476**

ANTHONY JEAN,

Petitioner - Appellant,

versus

JOHN D. ASHCROFT, Attorney General,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CA-02-2532-AW)

Submitted:  February 6, 2003        Decided:  February 12, 2003

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Jean, Appellant Pro Se.  Thomas Michael DiBiagio, United States Attorney, George W. Maugans, Special Assistant United States Attorney, Baltimore, Maryland; Linda Susan Wendtland, Patrick Shen, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Jean appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jean v. Ashcroft</u>, No. CA-02-2532-AW (D. Md. Sept. 26, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We decline to address issues raised for the first time on appeal. <u>See</u> <u>Muth v. United States</u>, 1 F.3d 246, 250 (4th Cir. 1993).